

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-18-00731-CV

**IN THE INTEREST OF A.E. AND G.K.R., CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0827-CV
Honorable Thomas Nathaniel Stuckey, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating the appellant's parental rights. The appellant's brief was originally due to be filed on November 13, 2018.

On November 11, 2018, appellant filed a motion seeking an order compelling the court reporter to file a supplemental reporter's record containing the exhibits introduced at trial and requesting an extension of time to file the brief. On November 13, 2018, the court reporter filed a corrected exhibit volume to the reporter's record containing the exhibits.

Appellant's motion seeking an order to compel the filing of a supplemental reporter's record is MOOT. Appellant's request for an extension of time to file the appellant's brief is GRANTED. Appellant's brief must be filed no later than November 26, 2018. **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court